UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| LEE BIRDWELL BLACK, | ) | |
| | ) | CIVIL ACTION NO. |
| Plaintiff, | ) | |
| | ) | 3:15-CV-4059-G (BK) |
| VS. | ) | |
| | ) | CONSOLIDATED WITH |
| C. NIXON, ET AL., | ) | |
| | ) | 3:16-CV-0255-G (BK) |
| Defendants. | ) | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATE MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions and a recommendation in these cases. No objections were filed. The district court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the court **ACCEPTS** the findings, conclusions and recommendation of the United States Magistrate Judge. Accordingly, plaintiff's cases are **DISMISSED** without prejudice.

   **SO ORDERED**.

July 26, 2016.

                                                    _____
                                                    A. JOE FISH
                                                    **Senior United States District Judge**